# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

**ROGER W. TITUS**                                                   **6500 CHERRYWOOD LANE**
**UNITED STATES DISTRICT JUDGE**                      **GREENBELT, MARYLAND 20770**
                                                                                   **301-344-0052**

## M E M O R A N D U M

TO:          Counsel of Record

FROM:     Judge Roger W. Titus

RE:          *United States of America v. Rondell Mcleod, et al.*
                Criminal No. RWT-16-230

DATE:      December 8, 2016

* * * * * * * * *

The rearraignment of Defendant Rondell Mcleod is hereby **SCHEDULED** for **December 13, 2016 at 11:00 a.m.**  The rearraignment of Defendant Steven Walter Mosby is hereby **SCHEDULED** for **December 14, 2016 at 2:00 p.m.**  The telephone status conference previously scheduled for December 8, 2016 is hereby **CANCELLED**.

Despite the informal nature of this ruling, it shall constitute an Order of the Court, and the Clerk is directed to docket it accordingly.

                                                      /s/
                                                      Roger W. Titus
                                                      United States District Judge